FILED
OCT 22 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Cr. No. 3:07cr258-MHT |
| | ) [21 USC 843(b)] |
| CHRISTOPHER SMITH | ) |
| | ) INDICTMENT |

The Grand Jury charges:

COUNT 1

That on or about November 17, 2004, in Macon County, within the Middle District of Alabama and elsewhere,

CHRISTOPHER SMITH,

did knowingly and intentionally use a communication facility, to-wit: the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney