IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.3:07cr258-MHT |
| | ) | |
| CHRISTOPHER SMITH | ) | |

## **ORDER**

Defendant, CHRISTOPHER SMITH, appeared on November 19, 2007 for an initial appearance but was not arraigned at that time due to a conflict with the Federal Defender's Office. Accordingly, it is

ORDERED that the arraignment for this defendant be and is hereby set for November 28, 2007 at 9:30 a.m. in Courtroom 5B , Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 20th day of November, 2007.

    /s/ Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE