IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO:** 3:07-cr-00258-MHT-SRW |
| ) | |
| **CHRISTOPHER SMITH** ) | |
| ) | |
| **Defendant** ) | |

MOTION TO CONTINUE PRETRIAL CONFERENCE
AND
TRIAL IN THE CASE

**COMES NOW** the undersigned counsel and moves to continue the pre-trial conference and the trial in the case. Counsel has applied for pre-trial diversion in the case and the government is continuing to evaluate that disposition of the case. Additionally, counsel needs further time to prepare the case should the pre-trial diversion not be accepted. His client resides in Miami, Florida and face to face contact with his client has been difficult. This case is one of numerous cases concerning former students at Tuskegee University and the receipt of marijuana through the U.S. mails. There are many others charged in these cases and counsel needs additional time to co-ordinate concerning the possible evidence and witnesses to be called should the case be brought to trial.

Counsel has co-ordinated this motion to continue with government counsel and there appears to be no objection to a continuance in the case.

Dated this 8th day of April, 2008.

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Urech & Livaudais, P.C.
510 N. Daleville Ave, P.O. Drawer 70
Daleville, AL 36322
TEL: (334) 598-4455 FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Mr. Verne Speirs, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama 36101-0197.

                                            s/Everett M. Urech
                                            **EVERETT M. URECH**