IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr258-MHT |
| | ) | |
| CHRISTOPHER SMITH | ) | |

## ORDER

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 13) filed April 8, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED, based upon the court's order setting the trial in the above-styled case for October 14, 2008. The pretrial conference previously scheduled for April 14, 2008 is hereby **rescheduled for 3:00 p.m. on September 29, 2008** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE, this 9th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE