IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr258-MHT |
| CHRISTOPHER SMITH | ) | (WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that defendant Christopher Smith's motion to dismiss case (Doc. No. 26) is granted and that this case is dismissed.

DONE, this the 15th day of July, 2009.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE